IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELVIN CAIN,<br>    Plaintiff, | PRISONER CIVIL RIGHTS<br>42 U.S.C. § 1983 |
| v. | |
| WARDEN MASSAP,<br>    Defendant. | CIVIL ACTION NO.<br>1:07-CV-1016-TWT |

### ORDER AND OPINION

Plaintiff, Kelvin Cain, currently incarcerated at the Telfair State Prison in Helena, Georgia, has submitted the instant 42 U.S.C. § 1983 civil rights complaint. The docket sheet reflects that Plaintiff sues only Warden Massap of the Spalding County Correctional Institution ("SCCI"). However, in the complaint, Plaintiff also lists SCCI Deputy Warden McPherson and Sergeant Gayes (or Garnes) as defendants. Accordingly, the Clerk is **DIRECTED** to add Deputy Warden McPherson and Sergeant Gayes (or Garnes) as defendants in this action.

The venue provisions of 28 U.S.C. § 1391(b) state that a civil action not founded solely on diversity of citizenship may be brought only in "a judicial district where any defendant resides, if all defendants reside in the same State," or "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . ." This Court's local rules provide that "[a]ny civil action brought in this district on the grounds that the cause of action arose here must be filed in a division

of the court where the activity occurred." LR 3.1(B)(3) (N.D. Ga.). This Court may, in the interests of justice, transfer an action filed in the wrong district or division. 28 U.S.C. § 1406(a). See also LR 3.1(B)(4) (N.D. Ga.).

As noted above, Warden Massap, Deputy Warden McPherson, and Sergeant Gayes (or Garnes) are SCCI prison officials. It appears that all allegations of wrongdoing against these officials are related to his confinement at the SCCI. The SCCI is located in Spalding County. Spalding County is, in turn, located within the Newnan Division of this Court. Accordingly, pursuant to § 1406(a) and Local Rule 3.1(B)(4), **IT IS HEREBY ORDERED** that the instant action be **TRANSFERRED** to the Newnan Division of this Court. The Clerk of Court shall, therefore, transmit all documents and pleadings originally submitted to this Court by Plaintiff to the Newnan Division.

IT IS SO ORDERED, this 22 day of May, 2007.

Thomas W. Thrash
THOMAS W. THRASH, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)